Certificate Number: 05781-TXE-DE-041506245

Bankruptcy Case Number: 26-43378

05781-TXE-DE-041506245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2026, at 5:24 o'clock PM PDT, Ronald Wicker Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: September 30, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President